WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley Fishman, | No. 2:10-CV-01572-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Gateway Incorporated, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 4). A review of the Court's records reflects that he has filed twenty-one lawsuits in 2007 and one in 2008 seeking in forma pauperis status. Many of Plaintiff's cases have been dismissed for lack of jurisdiction and/or failure to state a claim for relief. Under 28 U.S.C. § 1915(a)(1), in forma pauperis proceedings are subject to the Court's discretion. Plaintiff shows over $900.00 per month in income and his lawsuit is over the purchase of a computer. Other than a conclusory statement of the claim, it does not appear that Plaintiff is entitled to redress. Further, the Court notes that there appears to be no basis for federal jurisdiction in this case. Therefore, the Court will deny Plaintiff's application to proceed in forma pauperis.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 4) is denied.

The clerk is directed to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee within 20 days of the entry of this order.

DATED this 28th day of July, 2010.

_____
Neil V. Wake
United States District Judge